ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Team Henry Enterprises, LLC | ) ASBCA No. 63272 |
| | ) |
| Under Contract No. W912DR-16-C-0027 | ) |

APPEARANCES FOR THE APPELLANT:     Nicholas T. Solosky, Esq.
                                   Tara Hosseini, Esq.
                                     Fox Rothschild LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Raymond O. Schlee, Esq.
                                     Engineer Trial Attorney
                                     Army Corps of Engineers
                                     U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 22, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63272, Appeal of Team Henry Enterprises, LLC, rendered in conformance with the Board's Charter.

Dated:  September 26, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals